RECEIVED
2019 JUN 14 A 8: 47

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST. ALA

RICKEY LETT

   PLAINTIFF

V.                                CASE NO:2:19-cv-00226-WKW-GMB

PNC BANK, N.A.,

   DEFENDANT

## AMENDED COMPLAINT

Come now the Plaintiff Rickey Lett, Pursuant to Rule 1 of the Federal Rules of Civil Procedure and Order of the Court.

## PARTIES

1. The Plaintiff Rickey Lett, is over the age of Nineteen (19) years, Citizen of the United States and State of Alabama and reside at 1249 Sandlewood Drive Montgomery, Alabama 36117.

2. The Defendant PNC Bank P.O. Box 1820 Dayton, Ohio 45401-1820.

PLAINTIFF MOTION TO OBJECT TO THE DEFENDANT'S
MOTION TO DISMISS THE PLAINTIFF COMPLAINT AND
FOR MORE DEFINITE STATEMENT, ACCORDING TO THE
PLAINTIFF AMENDED COMPLAINT.

COME NOW, the defendant PNC BANK,N.A., seem to major in its minor and minor in its major, in turning the coin on the other side, the Plaintiff did include page 4 of 5 in his complaint. F.R.C.P.11 (See Exhibit A page 4 of 5)

Now the Closing Disclosure stated or revealed that the Plaintiff may Cancel or Delete his Escrow Account and pay his own tax and insurance with maintenance and up keep of the property which the Plaintiff received through the U.S. Mail after August 18, 2018 after all of the transaction were completed.

Now the Plaintiff Complaint is not vague, the Plaintiff object to that statement(that the Plaintiff complaint is not clear), now the Plaintiff complaint is SIMPLE,UNCOMPOUND,EASY,PURE,UNMIXED, AND ABSOLUTE. The Court seem to have lost page 4 of 5 of the Plaintiff Complaint. (See Exhibit A page 4 of 5)

The defendant PNC BANK,N.A., did wilfully use FRAUD,knowingly makes a statement, that misrepresent a FACT,with the intention of inducing the Plaintiff to rely on that statement and the Plaintiff justifiably relies on that statement and suffer loss.

Now the Plaintiff does initial his pleading which sets out the Plaintiff legal Claim. The Plaintiff statement of legal wrong is FRAUD, which the Plaintiff seek a relief. The Plaintiff does comply with F.R.C.P. 7,8,9,10,11,12.

• Now the Court seem as though it cannot keep up with the Minority Complaint Papers (Example page 4 of 5). The FACTS of the Plaintiff Complaint are ADQUATE AND APPOR-IATE to the Plaintiff's Complaint.

The defendant PNC BANK,N.A., fail to perform or fulfill that which was required under a valid agreement with the Plaintiff.

Now the defendant PNC BANK,N.A. did misrepresent the truth by concealing the material fact which is FRAUD.

The defendant PNC BANK,N.A. used FRAUD,DECEIT AND DUPLICITY, which knowingly makes a statement that misrepresented the fact that the Plaintiff could not pay his own tax and insurance when the Closing Disclosure stated or revealed that the Plaintiff may Cancel or Delete his Escrow Account and pay his own tax and insurance with maintenance and up keep of the property, which was revealed in the Closing Disclosure he received through the U.S. Mail after August 18, 2018, after all the transactions had been completed.

The Plaintiff does comply with all rules of F.R.C.P..

FRAUD: Intentional deception causing legal injury.

BREACH OF CONTRACT: A legal claim that one party failed to perform as required under a valid agreement with the other party.

FRAUDULENT ACT: Conduct involving bad faith,dishonesty.

Now the Plaintiff seek that which is proper under law and ethics, the defendant PNC BANK,N.A., knew right from wrong, therefore the Plaintiff seek a legal Claim which is a legal cause of action, which is a legal guarantee, " the right of liberty" which is legally enforceable because of a wrong by the defendant PNC BANK,N.A., which was Fraud (intentional misrepresentation) did knowingly makes a statement that misrepresents the fact, with the intention of inducing the Plaintiff to rely on that statement and the Plaintiff justifiably relies on that statement and suffer loss, when PNC BANK,N.A., refuse to let the Plaintiff pay his own tax and insurance, though, when the Closing Disclosure stated or reveal that the Plaintiff may cancel or delete his Escrow Account and pay his own tax and insurance with maintenance and up keep of the property that he received in through the U.S. Mail after August 18, 2018, after all the transaction had been completed, which was a breach of duty that infringes on Plaintiff's rights, and there must be a duty to act or forbear.

Now the Plaintiff seek that which is right and recognized by the law and is fully enforceable.

The Plaintiff and the defendant PNC BANK,N,A.,entered into agreement which was binding contract or document.

The binding power of the agreement does not unconstitutionally impair the contract. A violation in the performance of or failure to perform an obligation created by a promise duty  or law without excuse or justification is called Breach.

When equity is refused by the PNC BANK,N.A. or specific performance of the contract between the Plaintiff and the defendant who has acted unfairly by using Fraud, knowing misrepresentation of the truth or concealment of a material fact to induce the Plaintiff to act to their detriment, that the Plaintiff could not pay his own tax and insurance, when the Closing Disclosure stated or reveal that,that the Plaintiff may cancel or delete his Escrow Account and pay his own tax and insurance with maintenance and up keep of the property which he received through the U.S. Mail after August 18, 2018.

Now the defendant PNC BANK,N.A. had a duty or obligation to the Plaintiff that needs to be satisfied; and there is a duty;if the Court says there is a duty, the law, while the Courts frequently say,"there is a general duty to exercise reasonable care", to avoid the Plaintiff to an unreasonable risk of harm, to comply with the legal standards of reasonable conduct.

The defendant PNC BANK,N.A. did owed the duties indefinitely instead or rather used Fraud to deceive the Plaintiff by, knowingly makes a statement that misrepresents a fact, that the Plaintiff could not pay his own tax and insurance, when the Closing Disclosure stated or reveal that, the Plaintiff may cancel or delete his Escrow Account and pay his own tax and insurance with maintenance and up keep of the property which he received through the U.S. Mail after August 18,2018.

The defendant PNC BANK,N.A., did misrepresent a fact, with the intention of inducing the Plaintiff to rely on that statement and the Plaintiff justifiably relies on that statement and suffer loss.

Now PNC BANK,N.A., refuse to use good Faith performance to enforce faithfulness in an agreement between the parties which was promise or set of promises which the law recognizes as a duty.

The defendant PNC BANK,N.A., fail to fulfill the contractual obligation by using Fraud, when the defendant knowingly makes a statement that misrepresents the fact which refuse to allow the Plaintiff to pay his own tax and insurance when the Closing Disclosure stated or revealed that the Plaintiff may Cancel his Escrow Account and pay his own tax and insurance with maintenance and and up keep of the property which he received through the U.S. Mail after August 18, 2018.

The defendant PNC BANK,N.A., did with intention of inducing the Plaintiff to rely on that statement and the Plaintiff justifiably relies on that statement and suffer loss.

The defendant PNC BANK,N.A., did through deception cause the Plaintiff to enter into a risk of hazardness, danger,peril,explosure to loss,injury,disadvantage. 203 S.E. 2d 739,740.

The defendant PNC BANK,N.A., through Fraud and Misrepresentation through a statement excuted a instrument different from the one intented for excution by the defendant who excuted it.

REALESTATE SETTLEMENT PROCEDURES ACT (RESPA) 12 U.S.C. § 2601 et seq. (1974) Protected consumers buying real estate by requiring Disclosure of all Closing Costs. The Act required lenders to give Mortgage Applicants a standard form estimating the Settlement Costs and it prohibited kickback for referrals among settlement service

MISLEADING: (of an instruction direction, etc) delusive; calculated to be misunderstood. [Cases:Fraud 13(1)]

MATERIAL MISREPRESENTATION: Contracts: A false statement that is likely to induce a reasonable person to assert or that the maker knows is likely to induce the recipient to assert.[Cases:Contracts 94.]

TORTS: A false statement which a reasonable person would attach importance in deciding how to act in the transaction in question or which the maker knows or has reason to know that the recipient attaches some importance [Cases: Fraud 18.]

STATUTE OF FRAUDS: Statutory requirement that certain contracts be in writing to be enforceable. Most such statutes are patterned after the English statute enacted in 1677. Contracts to answer to a Creditor for the debt of another. Contracts made in consideration of marriage, contracte for the sale of land or affecting any interest in land (except short term-leases) and contracts not to be performed within one year from their making, must be evidenced by a written memorandum and signed by the Party to be charged. U.C.C. § 2-201.

DECEIT: The act of intentionally giving a false impression (2) A false statement of fact made by a person knowingly or recklessly (i.e., not caring whether it is true or false) with the intent that someone else will act on it. See fraudulent misrepresentation [Cases: Fraud 3.]

3. The Defendant PNC Bank, N,A., Its Successor and/or Assigns P.O. Box 7433 Springfield, Ohio 45501.

4. The Defendant PNC Bank P.O. Box 6534 Carol Stream, IL 60197-6534.

## JURISDICTION

5. Jurisdiction is proper pursuant to 28 U.S.C. § 1332 because Plaintiff and Defendant are diverse as to their citizenship and Plaintiff demands an amount in relief of $2.5Billion.

## VENUE

6. Venue is proper in the United States District Court for the Middle District of Alabama Northern Division for Defendant pursuant to 28 U.S.C. § 1391(b). The substantial events that gave rise to the claim occurred in the District and Defendant is located there.

## STATEMENT OF THE FACTS

1. On or about April 24, 2018 to August 18, 2018 the Plaintiff was compel by the defendant PNC Bank on the Atlanta Hwy to refinance the Plaintiff house for cash out Debt consolidation.

2. The Plaintiff home was refinanced for $105,300 which the payment would be $565.27 a month plus Escrow $79, the Plaintiff inform (Mr.Robert) that the Plaintiff would PAY HIS OWN TAX AND INSURANCE and he assured me that he would get back with me and didnot. F.R.C.P.(8) (A) (3) A demand for the relief sought.

3. When it came to the CLOSING DATE the defendant PNC-Bank Denied the Plaintiff request by using Fraud when the Contract Closing Disclosure stated that you maybe able to Cancel your Escrow ACCOUNT. F.R.C.P.11 (See Exhibit A page 4 of 5 of the contract).

4. The defendant PNC Bank defrauded the Plaintiff in denying in refusing to let the Plaintiff pay his own property tax and insurance in order to raise the house payment more than the contract call for or what the defendant PNC Bank desire it to be. F.R.C.P. 38. Right to a Jury Trial; Demand.

5. The defendant PNC Bank used a pattern of Fraud, Bank Fraud, Actual Fraud, Fraud in the Inducement, Breach of Contract, Breach of Promise, Bath Faith, False Pretense, Promissory Fraud, Fraude, Fraud Feasor, Discrimination, Intrinsic Fraud, Extortion, Tort, Racketeering, Truth in Lending Act (TILA), Breach of Duty, Legal Duty, Damages, Injury, Active Concealment, Defruad, Default, Deceit in deceiving the Plaintiff in paying more in his house payment out of his Social Security check as well.

6. The defendant PNC Bank improperly deceive the Plaintiff in thinking that his payments would stay less but conceal that the Escrow would be twice the amount which was far from the contract which cause the Plaintiff to suffer loss.

7. As a result of the defendant PNC Bank breach of duty knowingly made a statement that misrepresented the facts, by deceiving the Plaintiff with the intention of inducing him to rely on their statement that the Plaintiff could not pay his own property tax and insurance. F.R.C.P.11 (See Exhibit A Closing Disclosure page 4 of 5).

8. The defendant PNC Bank fail to abide by the contract agreement that the Plaintiff had an option in paying his own tax and insurance which the defendant PNC Bank denied the Plaintiff Financial Contract Right. Truth in Lending Act(TILA), 15U.S.C.§ 1601 et seq.(1968)

9. The Plaintiff has made all relevant payments on time by contractual agreement with the defendant PNC Bank.

10. The Plaintiff has been damaged by and through the defendant's Discrimination of double Escrow charging. Brown v. Board of Education,347 U.S. 483 (1954) Civil Rights Act of 1964,42 U.S.C.§ 2000 et seq. (1964)

11. As a result of the defendant PNC Bank intentional misrepresentation of facts, the Plaintiff has suffered damages,loss of money,time opportunity and a host of other losses.

### COUNT ONE

### FRAUD

12. The Plaintiff re-alleges all prior paragraphs of the complaint as if set forth fully herein.

13. The defendant PNC Bank on the Atlanta Hwy did com-

pel the Plaintiff to refinance his home for cash out Debt Consolidation on April 24, 2018 to August 18, 2018.

14. The defendant PNC Bank did deceive and deny the Plaintiff from paying his own tax and insurance in order to raise the house payment by doubling Escrow amount at their discretion.

15. The defendant PNC Bank did deceive and deny the Plaintiff in paying his own tax and insurance, which the Closing and Disclosure contract reveal that the Plaintiff cancel his Escrow account and pay his own property costs dircetly. F.R.C.P.11 (See Exhibit A page 4 of 5).

16. As a result of the defendant PNC Bank intentional misrepresentation of facts, the Plaintiff has suffered damages, loss of money, time opportunity and a host of other losses.

## DEMAND FOR RELIEF

WHEREFORE, Plaintiff seeks the following relief: all relief this Court deems necessary in the interest of justice, any other relief as may be appropriate including equitable relief, injunctive relief, compensatory, extraodinary, punitive, liquidated damages, fees and costs.

6-14-19
DATE

RICKEY LETT

Fraud: Knowing misrepresentation of the truth or concealment of material fact to induce another to act to his or her detriment. Fraud is usu. tort, but in some cases esp. when the conduct is willful it may be a crime. [Cases: Fraud 1,3,16,68]

A misrepresentation made recklessly without belief in its truth to induce another person to act. [ Cases: Fraud 13(3).]

A tort arising from a knowing mispresentation concealment of material fact, or reckless misrepresentation made to induce another to act to his or her detriment. [Cases: Fraud 13(2) ] [Cases; Fraud 13(2)13(3),16]

Unconscionable dealing; esp., in contract law, unfair use of the power arising out of the parties relative positions and resulting in an unconscionable bargin. [Cases: Contracts 1. Fraudulent]

BANK FRAUD: A criminal offense of knowingly executing or attempting to excute, a scheme or artifice to defraud a financial institution or obtain property owned by or under the control of financial institution, by means of false or fraudulent pretenses, representation or promises. 18 USCA § 1344. [Cases Banking and Banking 509.10, 509.25.]

ACTUAL FRAUD: A concealment or false representation through a statement or conduct that injuries another who on it in acting. [Cases:Fraud 3]

- FRAUD INDUCEMENT: Fraud occurring when a misrepresentation leads another to enter a transaction with a false impression of the risk duties, or obligation involved; an intentional misrepresentation of a material risk or duty reasonsbly relied on thereby injuring the other party without vitiating the contract itself esp.[Cases: contracts 94(1): Fraud 3,24.]

  BREACH OF CONTRACT: Violation of a contractual obligation by failing to perform one's own promise, by repudiating it, or by interfering with another party's performance. [Cases: contracts 312,315.]

  FRAUD CONCEALMENT: An act making more difficult the the discovery of that which one is legally, obligated to reveal or not withhold.

  BREACH OF PROMISE: Failure to do what one promised, where he or she has promised it in order to induce action in another. The phrase is often used as shorthand for breach of the promise of marriage.

  BAD FAITH: Breach of faith, willful failure to respond to plain well understood statutory or contractual obligations. 124 F. 2d 875,883

  DEFRAUD: To deprive a person of property or interest, estate or right by Fraud,deceit or artifice. 438 P. 2d 250,252.

- FRAUD: Intentional deception resulting in INJURY to another. See 310 F. 2d 262,267.

EXTRINSIC FRAUD: Deception that prevents a person from knowing about or asserting certain rights. [Cases: Federal Civil Procedure 2654; Judgement 375-443 (1)]

EXTRINSIC FRAUD: Fraud that prevents a party from knowing about his rights or defenses or from having a fair opportunity of presenting them at a trial or from fully litigation at the trial all the rights or defenses that he was entitled to assert. 468 S.W. 2d 160,163 it is a ground equitable ground for equitable relief from judgement. See 247 P. 2d 801,803.

FRAUD IN THE FACTUM: Fraud occurring when a legal instrument as actually executed differ from the one intented for execution by the person who executes it , or when the instrument may have had no legal existence compared to Fraud in the inducement Fraud in the Factum occurs only rarely as when a blind signs a mortgage when misleadingly told that the paper is just a letter. Also termed Fraud in the making. CF. Fraud in the inducement. [Cases: Contracts 94(1)]

INTRINSIC FRAUD: Deception that pertains to an ori- issue involved in an original action. Examples: include the use of fabricated evidence; a false return of service, perjured testimony, and false receipts or other commercial documents. [Cases: Judgement 373,441]

FALSE PRETENSE: The statutory offense of obtaining property by false pretense. 183 N.W. 2d 813,815

PROMISSORY FRAUD: A promise to perform made when the promisor had no intention of performing th promise. [Cases: Fraud 12.]

FRAUDE: Civil law Fraud committed in performing a contract; CF. Dol.

FRAUD FEASOR: One who has committed Fraud.

FRAUDULENT ACT: Conduct involving bad faith, dishonesty, a lack of integrity or moral turpitude.

LEGAL DUTY: A duty arising by contract or operation of law; an obligation the breach of which would give a legal remedy.
That which the law requires be done or foreborne by a determinate person. 278 N.E. 2d 504,510

DEFAULT: To discharge a duty, to one's own disadvantage; anything wrongful, some omission to do that which ought to have been done by one of the parties. 90 N.Y.S. 589, 590.

DECEIT: The tort of Fraudulent representation. The element of actionable deceit, a false representation of a material fact made with knowledge of it falsity or recklessly or without reasonable grounds for believing its truth, and with intent to induce reliance there on, on which plaintiff justifiably relies on his injury. 300 P. 2d 14,16.

- DISCRIMINATION: The unequal treatment of parties who are similary situated. Federal Law prohibits discrimination on the basis of race, sex, nationality, religion, and age in matters of employment, housing, education, voting rights and access to publis facilities. See; e.g., 42 U.S.C. § 1983, 18 U.S.C. § 245. Age discrimination, civil rights.

RACKETEERING: Originally an organizzed conspiracy to commit extortion. Pub.L. 91-452, § 1, 84 Stat. 922(1970)

TORT: A wrong, a private or civil wrong or injury resulting from a breach of a legal duty that exists by, virtue of society's expectation regarding interpersonal conduct rather than by contract or other private relationship. 256 N.E. 2d 254,259.

INJURY: An wrong or damage done to another, either in his person, rights, reputation or property. 245 So. 2d 623,626.

EXTORTION: At common law, public official under color of office of an excessive or unauthorized fee. Model Penel Code § 223.4 See 148 A. 2d 848,850. 2 Mass. 522, 523; 160 F. 2d 754,756.

ACTIVE CONCEAL: Maintaining by words or deeds that which one has a duty to reveal.

CONCEALMENT: An act making more difficult the discovery of that which one is legally obligate to reveal or not withhold. 236 N.E. 2d 63,67.

LEGAL FRAUD: Fraud comprises all acts, omission and concealments involving Breach of equitable or legal duty, trust or confidence and resulting in damage to another. 38 Cal. Rptr. 148, 157. See also 437 S.W. 2d 20,28.

FRAUD IN FACT: (Positive Fraud) Actual Fraud, Deceit concealing something or making a false representation with an evil intent [Scienter] when it causes injury to another. See 144 A. 2d 836,838.

CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2019, a copy of the foregoing has been served on the following party U.S. Mail, postage prepaid and properly addressed:

MAYNARD,COOPER & GALE,P.C.
1901 SIXTH AVE.NORTH
BIRMINGHAM,ALABAMA 35203


*Rickey Lett* (signature)

RICKEY LETT
1249 SANDLEWOOD DR
MONTGOMERY, ALABAMA 36117
334 220-7798