IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICKEY LETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:19-CV-226-WKW |
| | ) [WO] |
| PNC BANK, N.A., | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

On October 29, 2019, the Magistrate Judge filed a Recommendation (Doc. # 54) to which Plaintiff filed an objection (Doc. # 55). Upon an independent and *de novo* review of the record, *see* 28 U.S.C. § 636(b), it is ORDERED as follows:

(1) Mr. Lett's objection (Doc. # 55) is OVERRULED;

(2) The Recommendation (Doc. # 54) is ADOPTED;

(3) Mr. Lett's Amended Complaint (Doc. # 23) is DISMISSED without prejudice for lack of subject-matter jurisdiction; and

(4) All pending motions are DENIED as moot.

An appropriate final judgment will be entered.

DONE this 11th day of December, 2019.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE